IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES RODNEY MYERS,** also known as Chuck, also known as Chuck Myers, BOP Prisoner No. 03761-043, ) ) ) ) ) | |
| Petitioner, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 22-0381-CG-N CRIMINAL NO. 20-00156-CG-N |
| **UNITED STATES OF AMERICA,** ) ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and Rules 8(b) and 10 of the Rules Governing Section 2255 Proceedings, is **ADOPTED** as the opinion of this Court.  Accordingly, Petitioner Myers' § 2255 motion dated September 16, 202 (Doc. 33) is **DENIED** and **DISMISSED with prejudice**.  The Court finds that a Certificate of Appealability in relation to the dismissal of the § 2255 motion is **DENIED**; therefore, the Petitioner is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 15th day of January, 2025.

/s/ Callie V. Smith Granade
SENIOR UNITED STATES DISTRICT JUDGE