IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES RODNEY MYERS,** also known as Chuck, also known as Chuck Myers, BOP Prisoner No. 03761-043, <br><br> Petitioner, <br><br> vs. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO. 22-0381-CG-N** **CRIMINAL NO. 20-00156-CG-N** |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of the United States of American, and against Charles Rodney Myers. Myers is **DENIED** a Certificate of Appealability; therefore, he is not entitled to proceed on appeal in forma pauperis.

**DONE and ORDERED** this 15th day of January, 2025.

/s/ Callie V. Smith Granade
SENIOR UNITED STATES DISTRICT JUDGE